# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, INC., and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01837-DOC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>**Hon. David O. Carter** |

Pursuant to Plaintiff Robert Cohen's Motion to Remand this matter to the Superior Court of the State of California, County of Orange, having considered the papers and arguments of counsel, and GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is GRANTED.
2. Pursuant to 28 U.S.C. § 1447, this Action is remanded to the Superior Court of the State of California for the County of Orange.

- 1 -

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**

- 2 -

1  **IT IS SO ORDERED**.

Dated: _____        By: _____
                                Honorable David O. Carter
                                U.S. District Judge

- 2 -

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**