FAISAL M. ZUBAIRI (SBN 244233)
zubairi.faisal@dorsey.com
ISAAC M. GABRIEL (SBN 325008)
gabriel.isaac@dorsey.com
NAVDEEP K. SINGH (SBN 284486)
singh.navdeep@dorsey.com
JESSICA M. LEANO (SBN 323677)
leano.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | CASE NO.: 8:22-cv-01837 DOC (DFMx)<br><br>Honorable David O. Carter<br>Courtroom 10 A<br><br>**DECLARATION OF BRANDON LOMBARDI IN SUPPORT OF DEFENDANT SPROUTS FARMERS MARKET, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities, and Proposed Order]<br><br>**Date: January 9, 2023**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 10A**<br>    **411 W. 4th Street**<br>    **Santa Ana, CA 92701**<br><br>Complaint Filed: September 6, 2022<br>Action Removed: November 7, 2022<br>Trial date: None Set |

# DECLARATION OF BRANDON LOMBARDI

I, Brandon Lombardi, declare as follows:

1. I am the Chief Legal Officer of Sprouts Farmers Market, Inc. ("Sprouts"), Defendant in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, except as to those which are based upon on information and belief, and would competently testify thereto if called upon to do so.

2. Sprouts operates a nationwide chain of grocery stores offering a wide selection of natural and organic foods and products. As of the date of this Declaration, Sprouts operates more than 370 retail stores in twenty-three (23) states.

3. Sprouts is a corporation organized under the laws of Delaware.

4. Sprouts is headquartered and maintains its principal place of business in Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 22 day of November 2022, at Phoenix, Arizona.

*/s/ Brandon Lombardi*
Brandon Lombardi

# CERTIFICATE OF SERVICE

*Robert Cohen v. Sprouts Farmers Market, Inc.,*
*United States District Court for the Central District of California*
*Case No.: 8:22-cv-01837 DOC (DFMx)*

I hereby certify on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be automatically served by the CM/ECF System.

DATED:  November 28, 2022          DORSEY & WHITNEY LLP

                                   By:   */s/Faisal M. Zubairi*
                                         Faisal M. Zubairi