FAISAL M. ZUBAIRI (SBN 244233)
zubairi.faisal@dorsey.com
ISAAC M. GABRIEL (SBN 325008)
gabriel.isaac@dorsey.com
NAVDEEP K. SINGH (SBN 284486)
singh.navdeep@dorsey.com
JESSICA M. LEANO (SBN 323677)
leano.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | CASE NO.: 8:22-cv-01837 DOC (DFMx)<br><br>Honorable David O. Carter<br>Courtroom 10 A<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SPROUTS FARMERS MARKET, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Date: January 9, 2023**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 10A**<br>          **411 W. 4th Street**<br>          **Santa Ana, CA 92701**<br><br>Complaint Filed: September 6, 2022<br>Action Removed: November 7, 2022<br>Trial Date: None Set |

Defendant Sprouts Farmers Market, Inc.'s ("Defendant") Motion to Dismiss the First Amended Complaint filed by Plaintiff Larry Tran ("Plaintiff") came on for hearing before the above-entitled Court on January 9, 2023 at 8:30 a.m.

After consideration of the papers, the record in this case, the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss is **GRANTED** in its entirety without leave to amend, and the above-entitled action against Defendant is **DISMISSED** with prejudice, for the following reasons:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), the First Amended Complaint fails to state a claim upon which relief can be granted because the conduct alleged—printing the first six and last four digits of a credit or debit card number on a receipt—does not constitute a violation of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681(c)(g)(1).

2. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's cause of action for knowing violations of FACTA fails to state a claim upon which relief can be granted because Plaintiff only speculates that Defendant knew of the existence of FACTA and did not take sufficient steps to ensure no violation would occur.  Plaintiff fails to plead the required willfulness to sustain this claim.

3. Pursuant to Federal Rule of Civil Procedure 12(b)(2), the Court lacks personal jurisdiction to decide the claims for FACTA violations that Plaintiff seeks to assert on behalf of unnamed, non-California class members.  Defendant is not subject to California's general jurisdiction, nor does the Court have subject matter jurisdiction over these causes of action based on alleged wrongful conduct occurring entirely outside of California.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Robert Cohen v. Sprouts Farmers Market, Inc.,*
*United States District Court for the Central District of California*
*Case No.: 8:22-cv-01837 DOC (DFMx)*

I hereby certify on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be automatically served by the CM/ECF System.

DATED: November 28, 2022          DORSEY & WHITNEY LLP

                                  By:  */s/Faisal M. Zubairi*
                                       Faisal M. Zubairi