UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-01837-DOC-DFM                                  Date:  November 29, 2022

Title: ROBERT COHEN V. SPROUTS FARMERS MARKET, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Elsa Vargas for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS [12] AND CONTINUING HEARING ON MOTION TO REMAND [10] AND SCHEDULING CONFERENCE [11]**

In light of Plaintiff's First Amended Complaint (Dkt. 13), the Court hereby **VACATES** the hearing currently set for December 12, 2022 on Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 12).

The Court further **CONTINUES** the scheduling conference (Dkt. 11) and hearing on Plaintiff's Motion to Remand (Dkt. 10)—both currently set for December 5, 2022—to January 9, 2022 at 8:30 A.M., the day on which hearing is scheduled on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 17).

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: eva/kdu

MINUTES FORM 11
CIVIL-GEN