

| | **United States District Court** | |
|---|---|---|
| | Central District of California | **Cristina M. Squieri Bullock** |
| | **Office of the Clerk** | Chief Deputy of Administration |
| | | 350 West 1st Street, Suite 4311 |
| | | Los Angeles, CA 90012 |
| **Kiry K. Gray** | | **Sara Tse Soo Hoo** |
| District Court Executive / Clerk of Court | | Chief Deputy of Operations |
| 350 West 1st Street, Suite 4311 | | 255 East Temple Street, Suite TS-134 |
| Los Angeles, CA 90012 | | Los Angeles, CA 90012 |

December 8, 2022

  Orange County Superior Court, Civil Complex Center
  751 West Santa Ana Boulevard, Bldg 36
  Santa Ana, CA 92701

Re: Case Number:     8:22−cv−01837−DOC−DFM
    Previously Superior Court Case No.     30−2022−01279027 CU−NP−CXC
    Case Name:     Robert Cohen v. Sprouts Farmers Market, Inc. et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     12/8/22    , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

    Respectfully,

    Clerk, U.S. District Court

    By:  /s/ *Trina DeBose*
        Deputy Clerk
        714−338−4568

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

    Clerk, Superior Court

_____      By: _____
Date      Deputy Clerk