

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 8, 2022

Orange County Superior Court, Civil Complex Center
751 West Santa Ana Boulevard, Bldg 36
Santa Ana, CA 92701

Re: Case Number: ____8:22-cv-01837-DOC-DFM____
Previously Superior Court Case No. ____30-2022-01279027 CU-NP-CXC____
Case Name: ____Robert Cohen v. Sprouts Farmers Market, Inc. et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____12/8/22____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 0 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Respectfully,

Clerk, U.S. District Court

By: _/s/ Trina DeBose_
Deputy Clerk
714-338-4568

Encls.
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

1/3/23
Date

Clerk, Superior Court

By: _____
Deputy Clerk
JAVIER ESPINO

G-17 (02/19)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT